Argued March 5, affirmed April 4, 1962

## HAYNER v. BURNS ET UX

370 P. 2d 235

*Bruce J. Manley,* Medford, argued the cause for appellant. With him on the briefs was John M. Ross, Medford.

*Ervin B. Hogan,* Medford, argued the cause for respondents. With him on the brief were Frohnmayer, Lowry, Hogan & Deatherage, Medford.

Before MCALLISTER, Chief Justice, and WARNER, SLOAN and O'CONNELL, Justices.

PER CURIAM.

In his abstract and brief plaintiff states that this is a proceeding in equity for the dissolution of a partnership and an accounting. It was claimed that plaintiff and defendant Robert Burns formed a partnership to exploit some mining claims in Colorado.

At the conclusion of the trial and later by a written opinion, the trial court found a complete lack of any evidence sustaining plaintiff's claim. We agree with the court. The record is devoid of any evidence to establish a claim of right of any kind in favor of plaintiff against defendants. The facts are of interest only to the parties. They do not justify statement here.

Decree affirmed.